IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Criminal Case No. 15-mj-01162-CBS-1

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ADONI VASQUEZ-ORELLANA,

      Defendant.

---

## ORDER OF DISMISSAL

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      THIS IS MATTER is before the court in regards to the dismissal of the warrant and charges filed in this case.

      On September 25, 2015, government counsel advised the court that they are unable to establish identity in this matter.  Pursuant to government counsel's representation on the record, it is
      ORDERED that the warrant and charges in this case be DISMISSED as stated on the record.

**DATED:**      September 25, 2015